. James K. Bramer, Appellant, v. William F. Lansing and Frederick G. Teall, as Executors, etc., of Rollin H. Smith, Deceased, Respondents, Impleaded with Others.— Interlocutory and final judgments affirmed, with costs. All concurred.

John Gann, Respondent, v. Guy A. Sharp, Appellant.— Judgment affirmed, with costs. All concurred.

George D. Walldorff, Respondent, v. Mark E. Taylor and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. William C. Hunt, Respondent, v. Fayetteville and Syracuse Railroad and Turnpike Company, Appellant.— Judgment affirmed, with costs. All concurred.

Cora E. Kidder, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Bradley T. Mallory, Respondent, v. Northern Central Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.